# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D22-2619

————————————————

Q.T.P., a child,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 7, 2022

PER CURIAM.

The Court dismisses the petition for writ of habeas corpus as moot.

LEWIS, MAKAR, and JAY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.